OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623

$ 000.27⁵

JUN. 17. 2015

6/17/2015
HAINES, RODNEY          Tr. Ct. No. A05-209-1                    WR-83,380-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347789
1300 FM 655
ROSHARON, TX 77583

REF

DISCHARGED